STATE OF CONNECTICUT *v.* RELIABLE
REFUSE, INC., ET AL.
(6366)

DUPONT, C. J., SPALLONE and FOTI, Js.

Argued October 4—decision released October 26, 1988

*Albert G. Murphy,* for the appellant (named defendant).

*Eugene A. Cooney,* for the appellee (plaintiff).

PER CURIAM. The named defendant is appealing from the judgment rendered for the plaintiff on the defendants' counterclaim following a directed verdict.

The defendants did not move to set aside the directed verdict, thereby limiting this court to a plain error standard of review. Practice Book § 4185; *Pietrorazio* v. *Santopietro,* 185 Conn. 510, 515, 441 A.2d 163 (1981); *Denby* v. *Voloshin Cadillac,* 3 Conn. App. 181, 183, 485 A.2d 1360, cert. dismissed, 196 Conn. 802, 491 A.2d 1105 (1985); *Eagar* v. *Barron,* 2 Conn. App. 468, 472, 480 A.2d 567 (1984).

An examination of the record fails to disclose plain error.

There is no error.